# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jose Gallimort,

    Petitioner

v.

Brian Williams, et al.,

    Respondents

Case No.: 2:18-cv-00127-JAD-GWF

**Order Dismissing Petition**

[ECF No. 2]

    Pro se petitioner Jose Gallimort is serving time at the High Desert State Prison for first-degree kidnapping and battery with the use of a deadly weapon.[1] He petitions for a writ of habeas corpus under 28 U.S.C. § 2254, arguing that his Fourth and Fourteenth Amendment rights were violated 20 years ago.[2] It appears that his claims are time barred, so I ordered Gallimort to show cause why they aren't or why he is entitled to equitable tolling.[3]

    Gallimort responded that he is entitled to equitable tolling because he was diligently pursuing his rights but was hindered by a language barrier.[4] In an effort to show his diligence in his pursuit for habeas relief, Gallimort represents that he has filed five habeas petitions "along with many of the corresponding appeals and related motions."[5] But a petitioner may not file a second or successive habeas petition without "an order authorizing the district court to consider the application."[6] Even a petition that has been dismissed with prejudice as untimely or because of procedural default constitutes a disposition on the merits and renders a subsequent petition

---

[1] ECF No. 1-1 at 2.

[2] *Id.* at 3–9.

[3] ECF No. 6.

[4] ECF No. 7.

[5] *Id.* at 2. Some of those previous petitions are: (1) case no. 3:01-cv-00525-DWH-RAM; (2) 2:13-cv-02195-GMN-VCF; and (3) 2:10-cv-00295-JCM-PAL.

[6] 28 U.S.C. § 2244(3)(A).

second or successive.[7]  At least one of Gallimort's previous petitions was denied on its merits, and that ruling was affirmed by the Ninth Circuit.[8]  This petition is therefore successive, and Gallimort has not shown or otherwise indicated that he has authority from the Ninth Circuit to pursue it.

Accordingly, the **Clerk of Court** is directed to **DETACH and FILE the petition [ECF No. 1-1]**.  IT IS HEREBY ORDERED that the petition is **DISMISSED** as successive.  And because reasonable jurists would not find my decision to dismiss this unauthorized, successive petition to be debatable or wrong, I decline to issue a certificate of appealability.

IT IS FURTHER ORDERED that Gallimort's motion for appointment of counsel **[ECF No. 2] is DENIED as moot.**

The **Clerk of Court** is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

Dated: July 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[7] *McNabb v. Yates*, 576 F.3d 1028, 1029–30 (9th Cir. 2009); *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).

[8] *See* ECF Nos. 34, 35, 46, 47 in 3:01-cv-00525-DWH-RAM.